David B. Mills, OSB #77281
115 W. 8th Ave., Suite 246
Eugene, OR 97401
Phone: (541) 484-1216
davidbmills@cs.com

Attorney for Plaintiff/Appellee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Ronald D. Joling and<br>Dorothea J. Joling,<br><br>          Debtors.<br>_____<br><br>Joseph M. Charter,<br><br>          Plaintiff,<br><br>vs.<br><br>Antioch Ministries,<br><br>          Defendant.<br>_____ | Case No. 6:14-cv-00404-AA<br><br>Bank. Case No. 11-66166-fra7<br><br>Adv. Proc. No. 12-06043-fra<br><br>MOTION TO DISMISS<br>APPEAL |

Joseph M. Charter, plaintiff/appellee herein, moves that the appeal be dismissed. This motion is based on the following Memorandum.

By: /s/ David B. Mills
David B. Mills, OSB # 77281
Attorney for Trustee/Plaintiff/Appellee

Page 1 of 2    MOTION TO DISMISS APPEAL

**David B. Mills**
Attorney at Law
115 W. 8th Ave., Suite 246
Eugene, OR 97401
Phone: (541) 484-1216

### MEMORANDUM

On December 2, 2013 defendant Antioch Ministries filed a Motion for Relief from Declaratory Judgment [Docket #34]. The Order Denying Motion for Relief from Declaratory Judgment [Docket #42] was filed on January 10, 2014. Any appeal from that Order had to be filed no later than January 24, 2014. BR 8002.

The debtors filed on January 27, 2014 what has been captioned in part "Notice of Appeal"[Docket #44]. No appeal has been filed by Antioch Ministries. The debtors are not parties to this adversary proceeding.

In *In re Mouradick*, 13 F.3d 326, 327 (9th Cir. 1994) the Ninth Circuit Court of Appeals held:

> The provisions of Bankruptcy Rule 8002 are jurisdictional; the untimely filing of a notice of appeal deprives the appellate court of jurisdiction to review the bankruptcy court's order. *Matter of Mullis*, 79 B.R. 26, 27 (D.Nev.1987), citing, *In re Souza*, 795 F.2d 855, 857 (9th Cir.1986); *Matter of Ramsey*, 612 F.2d 1220, 1222 (9th Cir.1980). "This rigid enforcement is justified by the 'peculiar demands of a bankruptcy proceeding,' primarily the need for expedient administration of the Bankruptcy estate aided by certain finality of orders issued by the Court in the course of administration." *In re Nucorp Energy, Inc.*, 812 F.2d 582, 584 (9th Cir.1987), quoting, *Matter of Thomas*, 67 B.R. 61, 62 (Bankr.M.D.Fla.1986).
>
> Pursuant to Bankruptcy Rule 8002(a), Anderson's notices of appeal were due on or before August 31, 1991-ten days from the date the bankruptcy court denied his

Page 2 of 2    MOTION TO DISMISS APPEAL

David B. Mills
Attorney at Law
115 W. 8th Ave., Suite 246
Eugene, OR  97401
Phone: (541) 484-1216

administrative claims. However, under Bankruptcy Rule 8002(c), a motion to extend the time for filing a notice of appeal made no more than twenty days after the expiration of the ten day period may be granted upon a showing of excusable neglect. *In re Martinez*, 97 B.R. 578, 579 (9th Cir. BAP 1989), affirmed by, *Martinez v. Peelle Financial Corp.*, 919 F.2d 145 (9th Cir.1990).[1]

The timely filing of a notice of appeal is jurisdictional. Here, defendant failed to timely file the notice of appeal and the appeal must be dismissed. The Bankruptcy Appellate Panel noted that deficiency (See attached Notice) and invited the appellant to respond. No response was made.

          By: /s/ David B. Mills
          David B. Mills, OSB # 77281
          Attorney for Trustee/Plaintiff/Appellee

---

[1] The case was decided before the amendments to BR 8002 which extended the deadline for a notice of appeal from 10 to 14 days and the deadline for a motion to extend from 20 to 21.

Page 3 of 2    MOTION TO DISMISS APPEAL

**David B. Mills**
Attorney at Law
115 W. 8th Ave., Suite 246
Eugene, OR  97401
Phone: (541) 484-1216

# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**To:** Dorothea J. Joling
56891 Fat Elk Road
Coquille, OR 97423
**To:** Ronald D. Joling
56891 Fat Elk Road
Coquille, OR 97423

**Date:** February 13, 2014

**Case Name:** RONALD D. JOLING AND DOROTHEA J. JOLING

**BAP No:** OR-14-1043

**Bankruptcy No:** 11-66166-fra7

**Adversary No:** 12-06043

**Subject: NOTICE OF DEFICIENT APPEAL AND IMPENDING DISMISSAL**

YOU MUST FILE A RESPONSE TO THIS NOTICE WITH THE BAP CLERK'S OFFICE WITHIN FOURTEEN DAYS OR YOUR APPEAL MAY BE DISMISSED.

A review of the documents in this appeal reveals a deficiency which could result in dismissal. This appeal appears to be defective for the following reasons:

**LACK OF JURISDICTION OF THE BANKRUPTCY APPELLATE PANEL**

The Notice of Appeal was filed beyond the FOURTEEN (14) day time period allowed by Fed. R. Bankr. 8002, 8019 In re Slimick, 928 F.2d 304, 306 (9th Cir. 1990).

Date of entry of order being appealed: January 19, 2014
Date of filing the Notice of Appeal: January 27, 2014

You must file with the BAP and serve on all parties to this appeal a legally-sufficient explanation why this appeal should not be dismissed as untimely.

*Therefore, this appeal may be **DISMISSED** unless, within **FOURTEEN (14) days** of this notice, the Appellant provides an adequate legal explanation as to why the appeal should not be dismissed. All responses should be provided in the form of an original and 3 copies with proof of service on opposing counsel.*

**cc:** All other parties

## CERTIFICATE OF MAILING

The undersigned, deputy clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document on which this certificate appears was transmitted this date to all parties of record to this appeal.

**By:** Patti Ippolito, Deputy Clerk

**Date:** February 13, 2014

*In re Charter v. Antioch Ministries*
        USDC Case No. 6:14-cv-00404-AA
DATE:                  **March 17, 2014**
DOCUMENT:        *Motion to Dismiss*
                      CERTIFICATE OF SERVICE

**Manual Notice List:**

      The attached document was mailed with postage pre-paid for First Class Mail service and deposited with the US Postal Service at Eugene, Oregon, on the date listed above to the following:

Antioch Ministries
c/o Ronald and Dorothea Joling
56891 Fat Elk Rd
Coquille, OR 97423

Ronald D. Joling
56891 Fat Elk Rd
Coquille, OR 97423

Dorothea J. Joling
56891 Fat Elk Rd
Coquille, OR 97423


**Electronic Mail Notice List:**

      The attached document will be electronically mailed via ECF to the following:

David B. Mills

                                        /s/ David B. Mills
                          By:_____
                               David B. Mills, OSB # 77281
                               Attorney for Plaintiff/Appellee